# United States Court Eastern District of Wisconsin

U.S. DISTRICT COURT
EASTERN DISTRICT WI
FILED
2018 JAN -8 P 2: 27
STEPHEN C. DRIES
CLERK

Bill K. Beiersdorf,
     Plaintiff,     Case: **18-C-0038**

V.

Defendants,
Milwaukee Secure Detention Facility Staff
Warden Malone
Dental Doctor Urdanowicz
Dental Assistant Debra Tarnowski
Health Service Manager Ms. Watts
Health Service Manager Ms. Trunell
Institution Complaint Examiner H.Plulsen
Institution Complaint Examiner K.Packer
Supervisor of Institution Complaint Examiner (John Doe)
Correction Complaint Examiner B.Hompe
Office of the Secretary C.Odonnell
Reviewing Authority L.Alsum

---

Plaintiff complaints under 1983 Civil Action Lawsuit S.42.U.S.C;
Also request motion for leave to proceed in formapauperis

---

Now comes plaintiff Bill K Beiersdorf (Hereafter) suffering one
year of chronic dental pain do to Milwaukee secure detention
facility dental staff lack of treatment, Milwaukee secure detention
facility dental staff has derived the plaintiff dating back from
October 2016 through present

Facts undisputed is the plaintiff Bill K Beiersdorf is unable to eat
hard foods, or drink hot or cold liquids (Ice) without suffering
chronic pain do to untreated dental issue caused by the Defendants
deliberate Indifference.

Plaintiff Bill K Beiersdorf is the only person or plaintiff. That's prosecute or pursuant.

This specific complaint under s.42U.S.C1983 Civil Action Lawsuit/Prisoners Rights of Eight Amendment Constitutional violations Civ.Fed.R.P(8)

Plaintiff has exhausted all of Milwaukee secure detention facility administrative remedies of ICE, CCE, and OOS Known as inmate Grievance system.

Defendants,
Warden Malone of Milwaukee secure detention facility
In September of 2016 plaintiff Mr.Beiersdorf contacted Warden Malone through inmate request informing Malone that I the plaintiff was suffering chronic pain do to Milwaukee secure detention facility Dental staff not treating dental issues, despite Warden Malone did nothing regarding these issues.

Ms Watts was also inform but refused to respond regarding dental not treating the plaintiff Mr. Beiersdorf, and states they only able to treat emergency cases. See Exhibit 1

Dental Doctor, Urbanowicz
Seen the plaintiff Mr. Beiersdorf on more then one occasion and was more then aware of the chronic pain the plaintiff was suffering from do to the untreated dental needs. See Exhibit 1

B Hompe correction complaint examiner
Made a recommendation that my complaint be dismissed without investigating the facts stated. Causing the plaintiff to suffer chronic pain. The plaintiff entered Milwaukee secure detention facility on October 25 2016 complaining of chronic pain from dental issues, and the fact that on April-26 of 2017 the plaintiff was seen gave an examination/treatment, but no treatment was given to the

plaintiff as stated by B Hompe. Clearly the plaintiff is being denied treatment, and the Milwaukee secure detention facility staff have lied. Leaving the plaintiff to suffer chronic pain. See Exhibit 4

C Odonnel accepted, and review the complaint dismissing knowing that the decision was made off the I.C.E which the plaintiff appeal, but the fact that no investigation was done cause the plaintiff to suffer chronic pain do to the untreated dental needs.

Reviewing authority L.Alsum
Advised the plaintiff Mr.Beiersdorf to resubmit a dental service request, but if the same two dental staff members determine the evaluation. That would give the plaintiff Mr.Beiersdorf the same results leaving the plaintiff to suffer chronic pain.

Ms.Trunnell health services manager was aware of the plaintiffs Mr.Beiersdorf pain, and suffering do to the untreated dental needs form Milwaukee secure detention facility staff.

Institution Complaint Examiner H.Paulsen
On July-18-2017 H.Paulsen denied the plaintiffs complaint, Despite H.Paulsen admits to knowing that dental is only handing emergency cases so the plaintiff 13 months of chronic pain and suffering is not an emergency.

Dental Assistant Debra Tarnowski was present during the examination, telling the plaintiff Mr.Beiersdorf he's on the waiting list, and 13 months have passed leaving the plaintiff stall suffering chronic pain

Supervisor of Institution Complaint Examiner (John Doe)
Allowed the plaintiff Mr.Beiersdorf to suffer months of chronic pain do to the dental staff refusing to provide treatment to the plaintiff as stated in exhibit 1,and the chronic pain ahd suffering is stall present.

I Declare under penalty of perjury that the foregoing are true, and correct under 28 U.S.C statue 1746 to the best of my knowledge this first day of January-2018

<u>Request for relief</u>
Plaintiff Bill Beiersdorf is asking for the unusual amounted of compensatory damages suffering punitive damages of pain and deliberate indifference from each of these defendants in his or her individual capacity employment of $250.000. That did act under the color of state laws.

<u>Respectfully submitted</u><br>
Bill Beiersdorf#488358<br>
Milwaukee secure detention facility<br>
P.O Box 05911<br>
Milwaukee WI,53205